**Carlos SEMEDO, Petitioner–Appellant**

v.

**Eric HOLDER, Jr., U.S. Attorney General; Michael Chertoff; Michael Garcia; Christine Davis; George Lurd, III; J.P. Young, Respondents–Appellees.**

No. 09–30045
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 23, 2010.

Carlos Monteiro Semedo, Oakdale, LA, pro se.

Derek C. Julius, Kimberly Elise Wiggans, Trial Attorney, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Katherine Wharton Vincent, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Respondents–Appellees.

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

After the Board of Immigration Appeals

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

(BIA) affirmed an order of removal against Carlos Semedo, he filed a petition for review with this court and we ordered a stay of removal. *Semedo v. Holder*, No. 08–60150 (5th Cir. Mar. 5, 2008). While his petition for review was pending, Semedo filed a 28 U.S.C. § 2241 petition in the district court challenging his continued detention. Semedo now appeals the district court's denial of his § 2241 petition.

We need to say no more about the application of 8 U.S.C. § 1231, than to say that the Government cannot be faulted for delaying deportation while Semedo is prosecuting a habeas case in federal court. The Government now says the detention will end with his deportation when this case ends. It now ends and the complaint will shortly be moot.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.